JOHN E. LATTIN (SBN 167876)
    Email: jlattin@laborlawyers.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Tel:  (949) 851-2424
Fax:  (949) 851-0152

AARON F. OLSEN (SBN 224947)
    Email: aolsen@laborlawyers.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, CA 92101

Attorneys for Defendant P.W. STEPHENS ENVIRONMENTAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANED LOPEZ, on Behalf of Himself and Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>P.W. STEPHENS ENVIRONMENTAL, INC. a Delaware Corporation, and DOES 1-10 inclusive<br><br>Defendants. | Case No. 3:15-cv-03579-MEJ<br><br>**JOINT STIPULATED REQUEST AND PROPOSED ORDER TO CHANGE TIME PURSUANT TO LOCAL RULE 6-2** |

Pursuant to Defendant's request, the Parties have stipulated that the briefing deadlines on Plaintiff's Motion to Facilitate Collective Action Notice, D.I. No. 11 (the "Motion") be extended by one additional week. Good cause exists for the following reasons:

Plaintiff filed her Complaint on August 4, 2015. Plaintiff served the Complaint on or about August 12, 2015. Defendant has not made an appearance in the case.

Case No.: 3:15-cv-03579-MEJ
JOINT STIPULATED REQUEST AND PROPOSED ORDER TO CHANGE TIME PURSUANT TO LOCAL RULE 6-2

FPDOCS 30974762.1

Plaintiff filed the Motion on Friday, August 14, 2015. As Defendant had not yet made an appearance in the case, Plaintiff served the Motion via Federal Express and sent a courtesy copy via e-mail to Defendant's attorney, John Lattin. According to the Court's docket entry for August 14, 2015, Defendant's deadline to file an opposition brief is August 28, 2015.

John Lattin, who is a partner at Fisher & Phillips and lead counsel for Defendant, has been out of the country on a family vacation since Friday, August 14, 2015. He is scheduled to return to the office on Wednesday, August 26, 2015. Aaron Olsen, who is of counsel for Fisher & Phillips will be assisting Mr. Lattin in this case. However, Mr. Olsen is scheduled to be out of town from Tuesday, August 25, 2015 through Friday, August 28, 2015 in order to take his daughter to college.

Accordingly, Defendant respectfully requests that the deadline to respond to Plaintiff's Motion and the corresponding deadline to file a reply brief be extended by one additional week.

Furthermore, Defendant respectfully requests that, pursuant to the Court's August 17, 2015 docket entry (D.I. No. 20), Defendant be permitted to file its consent or declination to proceed before a Magistrate Judge by 8/28/2015.

There have been no other requests for time modifications in this case.

The parties are not aware of any effect that this change in schedule would have in the case.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: August 21, 2015 | FISHER & PHILLIPS LLP |
| 3 |   |   |
| 4 |   |   |
| 5 |   | By: /s/-AARON F. OLSEN<br>JOHN E. LATTIN IV<br>AARON F. OLSEN |
| 6 |   | Attorneys for Defendant(s)<br>P.W. STEPHENS |
| 7 |   | ENVIRONMENTAL, INC. |
| 8 |   |   |
| 9 | Dated: August 21, 2015 | LEONARD CARDER LLP |
| 10 |   |   |
| 11 |   |   |
| 12 |   | By: /s/-AARON D. KAUFMANN<br>AARON D. KAUFMANN |
| 13 |   | Attorneys for Plaintiff and Proposed Class |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED August 21, 2015

_____
HONORABLE MARIA-ELENA JAMES

3    Case No. 3:15-cv-03579-MEJ
JOINT STIPULATED REQUEST AND PROPOSED ORDER TO CHANGE TIME
PURSUANT TO LOCAL RULE 6-2

FPDOCS 30974762.1